JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BOZANT,<br>    Plaintiff,<br><br>            v.<br><br>THFC CORPORATION D/B/A HI-<br>TECH AUTOMOTIVE,<br>    Defendant. | CV 19-9692 DSF (KSx)<br><br>JUDGMENT |

The Court having dismissed this action for lack of personal jurisdiction,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice to Plaintiff re-filing in a court that has personal jurisdiction over Defendant, and that Defendant recover just costs in accordance with 28 U.S.C. § 1919.

Date: August 26, 2020

Dale S. Fischer
United States District Judge